IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE; PROJECT SOUTH: THE INSTITUTE FOR THE ELIMINATION OF POVERTY AND GENOCIDE; and AL OTRO LADO, INC.<br>    *Plaintiffs*,<br><br>  v.<br><br>U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES; U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE OF THE INSPECTOR GENERAL; and U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE OF THE SECRETARY,<br><br>    *Defendants*. | No.: 1:23-cv-03205-SEG |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**COMES NOW** the undersigned counsel for Plaintiffs JANE DOE; PROJECT SOUTH: THE INSTITUTE FOR THE ELIMINATION OF POVERTY AND GENOCIDE; and AL OTRO LADO, INC., ("Plaintiffs"), and pursuant to LR 83.1, requests that Pooja Mehta be withdrawal as counsel for Plaintiffs. Plaintiffs will remain represented by attorneys at Grant & Eisenhofer P.A., Owings

1

Macnorlin, LLC, Al Otro Lado, Inc., and Project South, including, Barbara Hart, Irene R. Lax, Sarah Owings, Andrew Fels, and Azadeh Shahshahani.

Dated: August 23, 2023    Respectfully submitted,

*/s/* Barbara Hart

**GRANT & EISENHOFER P.A.**
Barbara Hart (*pro hac vice*)
Irene R. Lax (*pro hac vice*)
Grant & Eisenhofer P.A.
485 Lexington Ave, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
bhart@gelaw.com
ilax@gelaw.com

**OWINGS MACNORLIN, LLC**
Sarah Owings
PO Box 18396
Atlanta, GA 30316
Tel: 470-444-9531
sarah@omimm.com

**AL OTRO LADO, INC.**
Andrew Fels (*pro hac vice*)
3214 Fountain Park Blvd
Knoxville, TN 37917 Tel: (865) 567-4881
andrew@alotrolado.org

**PROJECT SOUTH**
Azadeh Shahshahani (GA Bar No. 509008)
9 Gammon Ave SE
Atlanta, GA 30315
Tel: 404-622-0602
Fax: 404-622-4137
azadeh@projectsouth.org

*Attorneys for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1 (C)**

This is to certify that the foregoing document was prepared using Times New Roman 14 point font in accordance with LR 5.1 (C).

Dated: August 23, 2023                              <u>/s/ Barbara hart    </u>

## **CERTIFICATE OF SERVICE**

The Undersigned hereby certifies that I have electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: August 23, 2023					/s/ Barbara Hart

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JANE DOE; PROJECT SOUTH: THE INSTITUTE FOR THE ELIMINATION OF POVERTY AND GENOCIDE; and AL OTRO LADO, INC.<br>    *Plaintiffs*,<br><br>    v.<br><br>U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES; U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE OF THE INSPECTOR GENERAL; and U.S. DEPARTMENT OF HOMELAND SECURITY – OFFICE OF THE SECRETARY,<br><br>    *Defendants*. | No.: 1:23-cv-03205-SEG |

**CERTIFICATE OF CONSENT FOR POOJA MEHTA TO WITHDRAW AS COUNSEL FOR PLAINTIFF JANE DOE, et al.**

COMES NOW the undersigned Pooja Mehta and pursuant to Local rule 83,1 (E) of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, files this Certificate of Consent for the above mentioned attorney to withdraw as counsel for Plaintiffs JANE DOE; PROJECT SOUTH: THE INSTITUTE FOR THE ELIMINATION OF POVERTY AND GENOCIDE; and AL OTRO LADO, INC., ("Plaintiffs"), in this action.

As evidenced by the signatures of Andrew Fels and Azadeh Shahshahani below, Plaintiffs consent to the requested withdrawal.

Dated: August 23, 2023                     Respectfully submitted,

/s/ Barbara Hart

**GRANT & EISENHOFER P.A.**
Barbara Hart (*pro hac vice*)
Irene R. Lax (*pro hac vice*)
Grant & Eisenhofer P.A.
485 Lexington Ave, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
bhart@gelaw.com
ilax@gelaw.com

/s/ Sarah Owings

**OWINGS MACNORLIN, LLC**
Sarah Owings
PO Box 18396
Atlanta, GA 30316
Tel: 470-444-9531
sarah@omimm.com

/s/ Andrew Fels

**AL OTRO LADO, INC.**
Andrew Fels (*pro hac vice*)
3214 Fountain Park Blvd
Knoxville, TN 37917 Tel: (865) 567-4881
andrew@alotrolado.org

*/s/ Azadeh Shahshahani*

**PROJECT SOUTH**
Azadeh Shahshahani (GA Bar No. 509008)
9 Gammon Ave SE
Atlanta, GA 30315
Tel: 404-622-0602
Fax: 404-622-4137
azadeh@projectsouth.org
*Attorneys for Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1 (C)

This is to certify that the foregoing document was prepared using Times New Roman 14 point font in accordance with LR 5.1 (C).


Dated: August 23, 2023                                         /s/ Barbara Hart